FILED
7/24/2015 12:40:58 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2015-CI01545

| | | |
|---|---|---|
| HIAWATHA HENRY, ADDIE HARRIS, MONTRAY NORRIS, and ROOSEVELT COLEMAN, JR., on behalf of themselves and for all others similarly situated<br>*Plaintiffs,*<br><br>VS.<br><br>CASH BIZ, LP and CASH ZONE, LLC D/B/A CASH BIZ<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br>BEXAR COUNTY, TEXAS<br><br>224TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/27/2015 9:51:39 AM
KEITH E. HOTTLE
Clerk

## DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

Defendants Cash Biz, LP, Cash Zone, LLC d/b/a Cash Biz and Redwood Financial, LLC ("Defendants") file their Notice of Interlocutory Appeal regarding the trial court's Order Denying Defendants' Motion to Compel Arbitration and Enforcement of Waiver of Class Action Lawsuits, and would respectfully show the Court as follows:

I.

This case is pending in the 224th Judicial District Court of Bexar County, Texas under Cause No. 2015-CI01545. The hearing on Defendants' Motion to Compel Arbitration and Enforcement of Waiver of Class Action Lawsuits was assigned to the 166th Judicial District Court of Bexar County, Texas and held on July 9, 2015. The Order Denying Defendants' Motion to Compel Arbitration and Enforcement of Waiver of Class Action Lawsuits was entered by Judge Laura Salinas of the 166th Judicial District Court of Bexar County, Texas on July 9, 2015.

Defendants wish to appeal the Order denying their Motion to Compel Arbitration and Enforcement of Waiver of Class Action Lawsuits under Chapters 51 and 171 of the Texas Civil

Practice and Remedies Code. A true and correct copy of the order at issue is attached to this Notice as Exhibit A.

This appeal is to the Fourth Court of Appeals of San Antonio, Texas and is being filed by Defendants Cash Biz, LP, Cash Zone, LLC d/b/a Cash Biz and Redwood Financial, LLC. The appeal of this case is an interlocutory appeal pursuant to Sections 51.016 and 171.098 of the Texas Civil Practice and Remedies Code, and an accelerated appeal under the Texas Rules of Appellate Procedure. This appeal does ***not*** involve a parental termination or a child protection case.

Respectfully submitted,

Coats, Rose, Yale, Ryman & Lee, P.C.

By:_____
Edward S. Hubbard
Texas Bar No. 10131700
Patrick E. Gaas
Texas Bar No. 07562790
Sam Arora
Texas Bar No. 24034287
9 E. Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

**ATTORNEYS FOR DEFENDANTS, CASH BIZ, LP, REDWOOD FINANCIAL, LLC AND CASH ZONE, LLC D/B/A CASH BIZ**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following via certified mail, return receipt requested, regular mail, email and/or facsimile transmission on the _24ᵗʰ_ day of July 2015:

*Via Facsimile: 713-524-2580*
Daniel R. Dutko
Philip A. Meyer
H. Mark Burck
HANSZEN LAPORTE, LLP
11767 Katy Freeway, Suite 850
Houston, Texas 77079
**ATTORNEYS FOR PLAINTIFFS**

Sam Arora